**Order entered June 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00589-CV

### ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

By order entered June 23, 2015, we directed appellant to file, no later than June 29, 2015, written verification that she has made satisfactory payment arrangements with the court reporter. Appellant has timely complied, filing a letter reflecting she will pay the reporter's fees in full by July 27, 2015 and preparation of the record will begin then. Based on appellant's arrangements with the court reporter, we **ORDER** court reporter Vicki L. Allen to file the reporter's record or written verification of non-payment no later than August 26, 2015.

/s/    CRAIG STODDART
        JUSTICE